928 A.2d 989

**Ronald W. SAVAGE, Petitioner,**

v.

**LANCASTER NEWSPAPERS, INC., Intelligencer Journal, Lancaster New Era, Oscar Lee Brownstein, and Arthur Bender, Respondents.**

Supreme Court of Pennsylvania.

July 26, 2007.

### *ORDER*

PER CURIAM.

The Petition for Allowance of Appeal is **GRANTED.** The Superior Court's order affirming the grant of summary judgment is **REVERSED.** *See Weaver v. Lancaster Newspapers, Inc., Intelligencer Journal and Brownstein,* 592 Pa. 458, 926 A.2d 899 (2007). This case is **REMANDED** to the trial court.

Jurisdiction relinquished.